## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Cr. No. 1:19-cr-00218-JD-02** |
| ) | |
| **James Flanders** ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, a Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 31st day of August, 2020.

This 31st day of August, 2020.

                                                    SCOTT W. MURRAY
                                                  United States Attorney


                                                  /s/ Joachim H. Barth
                                                  Joachim H. Barth
                                                  Assistant U.S. Attorney

WARRANT ISSUED: _____